UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13 CR 685-2 |
| v. | ) | |
| | ) | Judge John J. Tharp, Jr. |
| BANIO KOROMA | ) | |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday, July 7, 2016, at 9 a.m., one of the undersigned Assistant United States Attorneys shall appear before the Honorable John J. Tharp, Jr. of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, IL 60604 and present the:

**GOVERNMENT'S MOTION FOR HEARING ON REVOCATION OF DEFENDANT KOROMA'S BOND**

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: */s/ Stephen Chahn Lee*
STEPHEN CHAHN LEE
ERIC PRUITT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300